Levenreich, Appellant, *v*. Wendover Apartments Group et al.

Argued April 14, 1971. *Alan Frank,* for appellant; *Herbert Grigsby,* with him *David H. Trushel, Paul R. Hirschfield, Thomson, Rhodes & Grigsby,* and *Wayman, Irvin, Trushel & McAuley,* for appellees.

Order affirmed.

Lhormer Real Estate Agency, Inc. *v.* Ryan Homes, Inc., et al., Appellants.

Argued April 13, 1971. *Cosmos J. Reale,* for appellants; *Seymour J. Schafer,* with him *Markel, Markel, Levenson & Schafer,* for appellee; *James C. Evans,* for appellee.

Judgment affirmed.

Lutes, Appellant, *v.* Malone.

Argued April 14, 1971. *Louis C. Glasso,* with him *Richard D. Cicchetti,* for appellant; *Carl A. Eck,* with him *Raymond H. Conaway, Ira Coldren, Meyer, Darragh, Buckler, Bebenek & Eck,* and *Coldren & Adams,* for appellees.

Order affirmed.